HIRAM JAMESON, Respondent, *v.* KEYSTONE WAREHOUSE COMPANY and Another, Appellants.

Fourth Department, July 1, 1924.

(For headnote, see *ante*, p. 212.)

APPEAL by the defendants, Keystone Warehouse Company and another, from a judgment of the Supreme Court in favor of the plaintiff, entered in the office of the clerk of the county of Erie on the 2d day of November, 1923, upon the verdict of a jury for $1,250, and also from an order entered in said clerk's office on the 8th day of December, 1923, denying the defendants' motion for a new trial made upon the minutes.

*Dudley, Stowe & Sawyer [Franklin D. L. Stowe* and *Harry J. Kelly* of counsel], for the appellant Keystone Warehouse Company.

*Stanley & Gidley [Ray M. Stanley* of counsel], for the appellant Marshlow Corporation.

*McIntyre, Wilkie & Swartz [Bernard Swartz* of counsel], for the respondent.

CROUCH, J.:

The judgment and order appealed from should be affirmed, with costs, as to the defendant Keystone Warehouse Company, and reversed on the law and a new trial granted, with costs to abide the event, as to the defendant Marshlow Corporation, upon the authority of *Jameson* v. *Keystone Warehouse Co.* (210 App. Div. 212), decided herewith.

All concur, except DAVIS, J., who dissents only as to the reversal of the judgment as to the Marshlow Corporation and votes for affirmance as to both defendants.

Judgment and order affirmed, with costs, as to the defendant Keystone Warehouse Company. Judgment and order reversed on the law as to the defendant Marshlow Corporation and a new trial is granted as to said defendant, with costs to it to abide the event.